# Schedule A

**IQIYI INC-ADR**  **Ticker:** IQ  **Cusip:** 46267X108

Class Period: 03/22/2021 to 03/29/2021

**Alma Felix**                                                      **DATE**       **SHARES**   **PRICE**
                                              **Purchases:**   3/25/2021     40                $22.20