# EXHIBIT 3

**iQIYI, Inc. Loss Chart**
**Class Period: March 22, 2021 through and including March 29, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $ 14.90 |
| Young, Angel | 3/24/2021 | 1,000 | ($23.94) | ($23,940.00) | | | | | 1,000 | $14,903.23 | ($9,036.77) | |