# EXHIBIT A

**IQIYI Inc. (Archegos) (IQ)**
**Class Period: March 22, 2021 to March 29, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | ADR | Price | Amount | Sales Date | ADR | Price | Amount | ADRs Retained | 90-Day* Mean Price $14.9032 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Su Yan | 3/26/2021 | 4,000 | $17.2000 | ($68,800) | | | | | | | |
| Su Yan | 3/26/2021 | 4,000 | $17.1500 | ($68,600) | | | | | | | |
| Su Yan | 3/29/2021 | 3,000 | $17.0000 | ($51,000) | | | | | | | |
| Su Yan | 3/29/2021 | 3,000 | $17.0000 | ($51,000) | | | | | | | |
| Su Yan | 3/29/2021 | 3,000 | $17.1200 | ($51,360) | | | | | | | |
| **Su Yan** | | **17,000** | | **($290,760)** | | | | | **17,000** | **$253,355** | **($37,405)** |

*Average Closing Prices from March 30 to June 25