# EXHIBIT 4

**LOSS ANALYSIS**

**Class Period: 03/22/2021 to 03/29/2021**

**IQIYI INC-ADR**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **IQ** | **46267X108** | **BYWT1W1** | **US46267X1081** | **$14.91571** | * |

**Yan Cai Jiang**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/24/2021 | 29,700 | $23.87 | -$708,939.00 |
| Purchase | 3/24/2021 | 10,274 | $23.87 | -$245,240.38 |
| Purchase | 3/24/2021 | 200 | $23.87 | -$4,774.00 |
| Purchase | 3/24/2021 | 99 | $23.87 | -$2,363.13 |
| **Class Period purchases:** | | **40,273** | | **-$961,316.51** |
| Sale | 3/25/2021 | 2,000 | $20.17 | $40,340.00 |
| Sale | 3/25/2021 | 900 | $20.17 | $18,153.00 |
| Sale | 3/25/2021 | 300 | $20.17 | $6,051.00 |
| Sale | 3/25/2021 | 100 | $20.17 | $2,017.00 |
| Sale | 3/25/2021 | 100 | $20.17 | $2,017.00 |
| Sale | 3/25/2021 | 5 | $20.17 | $100.85 |
| Sale | 3/25/2021 | 1 | $20.17 | $20.17 |
| Sale | 3/25/2021 | 2,000 | $20.15 | $40,300.00 |
| Sale | 3/25/2021 | 393 | $20.15 | $7,918.95 |
| Sale | 3/25/2021 | 200 | $20.15 | $4,030.00 |
| Sale | 3/25/2021 | 100 | $20.15 | $2,015.00 |
| Sale | 3/25/2021 | 100 | $20.15 | $2,015.00 |
| Sale | 3/25/2021 | 100 | $20.15 | $2,015.00 |
| Sale | 3/25/2021 | 25 | $20.15 | $503.75 |
| Sale | 3/25/2021 | 741 | $20.14 | $14,923.74 |
| Sale | 3/25/2021 | 25 | $20.14 | $503.50 |
| Sale | 3/25/2021 | 400 | $20.12 | $8,048.00 |
| Sale | 3/25/2021 | 100 | $20.12 | $2,012.00 |
| Sale | 3/25/2021 | 100 | $20.12 | $2,012.00 |
| Sale | 3/25/2021 | 100 | $20.12 | $2,012.00 |
| Sale | 3/25/2021 | 100 | $20.12 | $2,012.00 |

| | | | | |
|---|---|---|---|---|
| Sale | 3/25/2021 | 1 | $20.12 | $20.12 |
| Sale | 3/25/2021 | 600 | $20.10 | $12,060.00 |
| Sale | 3/25/2021 | 600 | $20.10 | $12,060.00 |
| Sale | 3/25/2021 | 500 | $20.10 | $10,050.00 |
| Sale | 3/25/2021 | 200 | $20.10 | $4,020.00 |
| Sale | 3/25/2021 | 100 | $20.10 | $2,010.00 |
| Sale | 3/25/2021 | 100 | $20.10 | $2,010.00 |
| Sale | 3/25/2021 | 100 | $20.10 | $2,010.00 |
| Sale | 3/25/2021 | 100 | $20.10 | $2,010.00 |
| Sale | 3/25/2021 | 91 | $20.10 | $1,829.10 |
| Sale | 3/25/2021 | 25 | $20.10 | $502.50 |
| Sale | 3/25/2021 | 15 | $20.10 | $301.50 |
| Sale | 3/25/2021 | 10 | $20.10 | $201.00 |
| Sale | 3/25/2021 | 1 | $20.10 | $20.10 |
| Sale | 3/25/2021 | 1 | $20.10 | $20.10 |
| Sale | 3/25/2021 | 100 | $20.09 | $2,009.00 |
| Sale | 3/25/2021 | 57 | $20.09 | $1,145.13 |
| Sale | 3/25/2021 | 2,000 | $20.08 | $40,160.00 |
| Sale | 3/25/2021 | 2,000 | $20.08 | $40,160.00 |
| Sale | 3/25/2021 | 1,000 | $20.08 | $20,080.00 |
| Sale | 3/25/2021 | 1,000 | $20.08 | $20,080.00 |
| Sale | 3/25/2021 | 779 | $20.08 | $15,642.32 |
| Sale | 3/25/2021 | 500 | $20.08 | $10,040.00 |
| Sale | 3/25/2021 | 393 | $20.08 | $7,891.44 |
| Sale | 3/25/2021 | 200 | $20.08 | $4,016.00 |
| Sale | 3/25/2021 | 200 | $20.08 | $4,016.00 |
| Sale | 3/25/2021 | 163 | $20.08 | $3,273.04 |
| Sale | 3/25/2021 | 107 | $20.08 | $2,148.56 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |

| | | | | |
|---|---|---|---|---|
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 100 | $20.08 | $2,008.00 |
| Sale | 3/25/2021 | 99 | $20.08 | $1,987.92 |
| Sale | 3/25/2021 | 99 | $20.08 | $1,987.92 |
| Sale | 3/25/2021 | 80 | $20.08 | $1,606.40 |
| Sale | 3/25/2021 | 9 | $20.08 | $180.72 |
| Sale | 3/25/2021 | 1 | $20.08 | $20.08 |
| Sale | 3/25/2021 | 1,120 | $20.07 | $22,478.40 |
| Sale | 3/26/2021 | 2,221 | $18.90 | $41,976.90 |
| Sale | 3/26/2021 | 1,900 | $18.90 | $35,910.00 |
| Sale | 3/26/2021 | 1,800 | $18.90 | $34,020.00 |
| Sale | 3/26/2021 | 1,500 | $18.90 | $28,350.00 |
| Sale | 3/26/2021 | 600 | $18.90 | $11,340.00 |
| Sale | 3/26/2021 | 200 | $18.90 | $3,780.00 |
| Sale | 3/26/2021 | 100 | $18.90 | $1,890.00 |
| Sale | 3/26/2021 | 100 | $18.90 | $1,890.00 |
| Sale | 3/26/2021 | 100 | $18.90 | $1,890.00 |
| Sale | 3/26/2021 | 100 | $18.90 | $1,890.00 |
| Sale | 3/26/2021 | 100 | $18.90 | $1,890.00 |
| Sale | 3/26/2021 | 100 | $18.90 | $1,890.00 |
| Sale | 3/26/2021 | 100 | $18.90 | $1,890.00 |
| Sale | 3/26/2021 | 75 | $18.90 | $1,417.50 |
| Sale | 3/26/2021 | 20 | $18.90 | $378.00 |
| Sale | 3/26/2021 | 5 | $18.90 | $94.50 |
| Sale | 3/26/2021 | 200 | $18.89 | $3,778.00 |
| Sale | 3/26/2021 | 100 | $18.89 | $1,889.00 |
| Sale | 3/26/2021 | 100 | $18.89 | $1,889.00 |
| Sale | 3/26/2021 | 100 | $18.89 | $1,889.00 |
| Sale | 3/26/2021 | 100 | $18.89 | $1,889.00 |
| Sale | 3/26/2021 | 100 | $18.89 | $1,889.00 |

| | | | | |
|---|---|---|---|---|
| Sale | 3/26/2021 | 100 | $18.89 | $1,889.00 |
| Sale | 3/26/2021 | 15 | $18.89 | $283.35 |
| Sale | 3/26/2021 | 500 | $18.88 | $9,440.00 |
| Sale | 3/26/2021 | 190 | $18.88 | $3,587.20 |
| Sale | 3/26/2021 | 100 | $18.88 | $1,888.00 |
| Sale | 3/26/2021 | 100 | $18.88 | $1,888.00 |
| Sale | 3/26/2021 | 40 | $18.88 | $755.20 |
| Sale | 3/26/2021 | 25 | $18.88 | $472.00 |
| Sale | 3/26/2021 | 10 | $18.88 | $188.80 |
| Sale | 3/26/2021 | 8 | $18.88 | $151.04 |
| Sale | 3/26/2021 | 5 | $18.88 | $94.40 |
| Sale | 3/26/2021 | 3 | $18.88 | $56.64 |
| Sale | 3/26/2021 | 3 | $18.88 | $56.64 |
| Sale | 3/26/2021 | 1 | $18.88 | $18.88 |
| **Class Period sales (matched to Class Period purchases):** | | **32,462** | | **$639,668.36** |
| | LIFO Retained Purchases: | 7,811 | $14.91571 | $116,506.64 |

**\* Value of retained shares is the mean trading price from 03/30/2021 to 06/28/2021**      **LIFO Gain/(Loss):  -$205,141.51**

**First 29,090 ADRs sold on 3/24/2021 were sold before any Class Period purchases.**
**Those 29,090 have been matched to pre-Class Period holdings.**

| **Additional Option Losses** | | | | |
|---|---|---|---|---|
| IQ220121C25000(IQ 220121 25.00C) | 3/26/2021 | 39 | $2.92 | $11,388.00 |
| IQ220121C25000(IQ 220121 25.00C) | 3/26/2021 | 42 | $2.96 | $11,388.00 |
| IQ220121C25000(IQ 220121 25.00C) | 3/26/2021 | 80 | $2.96 | $23,680.00 |
| IQ220121C25000(IQ 220121 25.00C) | 3/26/2021 | 39 | $2.92 | $12,432.00 |
| | | | | **-$58,888.00** |