# EXHIBIT 5



SCOTT
+
SCOTT

# INVESTING IN THE LAW

Firm Overview

"If we desire respect for the law, we must first make the law respectable."

*Louis D. Brandeis* - 16 October 1912.





WE BELIEVE IN BOTH THE SPIRIT AND THE LETTER OF THE LAW.

Scott+Scott specializes in the investigation and prosecution of complex actions across the globe – recovering billions for its clients. The Firm has extensive experience litigating securities fraud, antitrust, and other complex cases and is a pioneer in structured finance monitoring for client portfolios. We represent individual, institutional and multinational clients in the U.S and EU courts, offering a one-stop shop for international recoupment.



# THE FIRM

Scott+Scott was founded in 1975 and began its securities litigation practice in 1997. The Firm has since grown into one of the most respected law firm specializing in the investigation and prosecution of complex actions across the United States and in Europe. Today, it is comprised of over 125 team members, including over 100 highly experienced attorneys, a 30+ paraprofessional team comprised of paralegals and legal assistants, a finance manager, institutional investor liaisons, and other office support staff, in addition to an IT support and development group, financial analysts, forensic accountants, investment consultants, and an in-house investigations department.

Scott+Scott is headquartered in Connecticut and has additional offices in New York, London, Amsterdam, Berlin, California, Virginia, Ohio, and Arizona.

Scott+Scott has extensive experience litigating securities fraud, antitrust, and other complex cases on behalf of our institutional and individual clients throughout the United States, serving as lead counsel in numerous securities class actions since the enactment of the Private Securities Litigation Reform Act of 1995 ("PSLRA") and as lead and co-lead counsel in antitrust, consumer, and other complex litigation. The Firm also represents many multinational corporations in foreign jurisdiction litigation in the EU courts.

Scott+Scott's attorneys are recognized experts and leaders in securities monitoring, complex litigation, and corporate governance law. They regularly speak at institutional investor educational conferences around the world and before boards of directors and trustees responsible for managing institutional investments. Scott+Scott attorneys educate institutional investors and governmental entities on the importance of fulfilling fiduciary obligations through the adoption of appropriate asset recovery services, as well as through the development and enforcement of corporate governance initiatives.

Scott+Scott has been a pioneer in structured finance monitoring of our clients' portfolios and the Firm's vast experience in structured debt financial litigation has enabled us to provide clients with in-depth monitoring of their structured finance products. Structured-finance

products, like asset-backed securities and collateralized debt obligations, attract investors with high returns relative to other fixed-income instruments. However, those returns can come with substantial undisclosed risks due to investors' limited ability to assess what they are actually acquiring. Most investors cannot review the assets that underlie securitizations, nor negotiate around the boiler-plate terms that govern securitizations, and have very little control over the parties that administer securitizations.

Scott+Scott's portfolio monitoring service responds to these unique risks. Importantly, the Firm does not just track the performance of our clients' structured-finance positions. We analyze it in the context of other data that allows us to understand what drives losses, should any occur. Initially, Scott+Scott conducts a review of the overall record of the parties that issue and administer our clients' structured-finance investments, such as sponsors, servicers, and trustees. The conduct of those parties reveals whether a securitization is suffering from hidden flaws, such as defective underlying assets, for which investors should be compensated. In addition, Scott+Scott reviews securitizations' asset-level performance ts and their governing agreements to identify any specific instances of those parties breaching their obligations and harming investors. This comprehensive approach enables Scott+Scott to identify hard-to-spot wrongdoing and hold the appropriate parties responsible, ultimately winning significant recoveries for clients who purchased structured-finance products. The Firm has also evaluated and monitored debt and debentures originating from private placements and non-public companies, including municipal bonds and derivatives for our clients.



# ANTITRUST LITIGATION

Scott+Scott represents investors, businesses, and consumers in price-fixing, bid-rigging, monopolization, and other restraints of trade cases on both a class-wide and individual basis. The Firm's work for its clients helps ensure that markets remain free, open, and competitive.

Scott+Scott has been recognized by the American Antitrust Institute with an Outstanding Antitrust Litigation Achievement in Private Law Practice award in 2020, 2018, and an honorable mention in 2014. In addition, the 2018 Antitrust Annual Report found that in 2018, the Firm had the highest antitrust settlement in the country, as well as ranking first nationally in aggregate setttlement amount from 2013 to 2018, recovering over $3.4 billion. Scott+Scott's dedicated team of antitrust partners have built one of the nation's top plaintiffs' firms for antitrust actions. Furthermore, our European expansion reflects a commitment and ability to pursue claims on a global basis.



Antitrust

# CASE EXAMPLES

**Antitrust actions in which Scott+Scott currently serves as a lead or co-lead counsel include:**

- *In re: Foreign Exch. Benchmark Rates Antitrust Litig.*, No. 13-cv-07789 (S.D.N.Y.) (challenging price-fixing of foreign exchange rates; over **$2.3 billion in final-approved settlements**). **The largest antitrust settlement of 2018 according to the American Antitrust Institute**;
- *In re Disposable Contact Lens Antitrust Litig.*, No. 15-md-02626 (M.D. Fla.) (class action alleging illegal anticompetitive policies to eliminate discount pricing by the major manufacturers and distributors of disposable contact lenses);
- *In re European Gov't Bonds Antitrust Litig.*, No. 19-cv-02601 (S.D.N.Y) (challenging manipulation in the market for European Government Bonds);
- *In re ICE LIBOR Antitrust Litig.*, No. 19-cv-02002 (S.D.N.Y.) (class action alleging anticompetitive conduct in the setting of the ICE LIBOR benchmark rate);
- *Deslandes v. McDonalds USA, LLC*, No. 17-cv-04857 (N.D. Ill.) (class action challenging no-hire agreement among McDonald's franchisees);
- *Butler v. Jimmy John's Franchise, LLC*, No. 18-cv-00133 (S.D. Ill.) (class action challenging no-hire agreement among Jimmy John's franchisees); and
- *Blanton v. Domino's Pizza Franchising LLC*, No. 18-cv-13207 (E.D. Mich.) (class action challenging no-hire agreement among Domino's franchisees).

**Antitrust cases in which Scott+Scott previously served as lead or co-lead counsel include:**

- *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.) (challenging bid rigging and market allocation of leveraged buyouts by private equity firms; **$590.5 million in settlements**);
- *Alaska Elec. Pension Fund v. Bank of Am. Corp.*, No. 14-cv-07126 (S.D.N.Y.) (challenging price-fixing of the ISDAfix benchmark interest rate; **$504.5 million in settlements**). **The 3rd largest antitrust settlement of 2018 according to the American Antitrust Institute;**
- *In re GSE Bonds Antitrust Litig.*, No. 19-cv-01704 (S.D.N.Y.) (challenging manipulation in the market for bonds issued by Government-Sponsored Entities, e.g., Freddie Mac and Fannie Mae; **$386 million settlement**);

- *In re Korean Air Lines Co., Ltd. Antitrust Litig.*, MDL No. 1891 (C.D. Cal.) (challenging price-fixing/illegal surcharge of ticket prices; **$86 million in cash and travel voucher settlements**); and
- *Mylan Pharms., Inc. v. Warner Chilcott Pub. Ltd. Co.*, No. 12-cv-03824 (E.D. Pa.) (challenging monopolization in the sale of name-brand pharmaceutical on behalf of indirect purchaser class; **$8 million settlement**).

**The Firm has aided in the recovery for class members by serving on the executive leadership committees in numerous other class action litigation, including:**

- *In re Payment Card Interchange Fee & Merch. Discount Antitrust Litig.*, No. 05-md-01720 (E.D.N.Y.) (challenging price-fixing in the payment cards industry; **$6.24 billion settlement** preliminarily approved);
- *Kleen Products LLC v. Int'l Paper Co.*, No. 10-cv-05711 (N.D. Ill.) (challenging price-fixing of containerboard products; **over $376 million in settlements**);
- *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-md-02420 (N.D. Cal.) (challenging price-fixing of lithium-ion batteries on behalf of indirect purchaser class; **over $113 million in settlements**); and
- *In re Mexican Gov't Bonds Antitrust Litig.*, No. 18-cv-02830 (S.D.N.Y.) (an antitrust class action by eight institutional investors prosecuting 10 global financial institutions for colluding to fix the prices of debt securities issued by the Mexican Government between 2006 and 2017).

**Scott+Scott's class action antitrust experience includes serving as co-trial counsel in:**

- In re Scrap Metal Antitrust Litig., No. 02-cv-00844 (N.D. Ohio) (helped obtain a **$34.5 million jury verdict**, which was subsequently affirmed by the U.S. Court of Appeals for the Sixth Circuit); and
- *Ross v. Bank of Am. N.A.*, MDL No. 1409 (S.D.N.Y.) (bench trial involving agreement among payment cards to impose arbitration terms on cardholders).



# SECURITIES & CORPORATE GOVERNANCE

Scott+Scott's practice is principally focused on securities class action and corporate governance litigation aimed at recovering investment and other losses for institutional and individual investors who have suffered from corporate securities fraud. The Firm's services begin with investigating and identifying potential violations of law adversely affecting overall fund values for our clients. When appropriate, Scott+Scott prosecutes actions on a class or individual basis. Through our commitment to the best interests of those the Firm represents, Scott+Scott has successfully obtained exceptional monetary results and precedent-setting corporate governance reforms on behalf of investors.



# Securities
# CASE EXAMPLES

It is this Court's position that Scott+Scott did a superlative job in its representation….and demonstrated a remarkable grasp and handling of the extraordinarily complex matters in this case. The extremely professional and thorough means by which NYU's counsel has litigated this matter has not been overlooked by this Court. They have possessed a knowledge of the issues presented and this knowledge has always been used to benefit all investors.

*The Honorable Richard B. Lowe III, New York Supreme Court*
New York University v. Ariel Fund Ltd. ruling - 29 September 2009

**Representative cases prosecuted by Scott+Scott under the federal securities laws include:**

- *Alaska Elec. Pension Fund v. Pharmacia Corp.*, No. 03-cv-01519 (D.N.J.) **($164 million settlement)**;
- *In re Priceline.com, Inc. Sec. Litig.*, No. 00-cv-01884 (D. Conn.) **($80 million settlement)**;
- *Irvine v. ImClone Sys., Inc.*, No. 02-cv-00109 (S.D.N.Y.) **($75 million settlement)**;
- *Cornwell v. Credit Suisse Grp.*, No. 08-cv-03758 (S.D.N.Y.) **($70 million settlement)**;
- *Policemen's Annuity & Benefit Fund of Chi. v. Bank of Am.*, N.A., No. 12-cv-02865 (S.D.N.Y.) **($69 million settlement)**;
- *In re SanDisk LLC Sec. Litig.*, No. 15-cv-01455 (N.D. Cal.) **($50 million settlement)**;
- *Weston v. RCS Capital Corp.*, No. 14-cv-10136 (S.D.N.Y.) **($31 million settlement)**;

**Representative shareholder derivative actions prosecuted by Scott+Scott include:**

- *Irving Firemen's Relief and Retirement Fund v. Page, C.A.* No. 2019-0355-Sg (Del. Ch. 2020) **($310 million in funding for corporate governance reform programs over 10 years)**;
- *In re DaVita Healthcare Partners Deriv. Litig.*, No. 13-cv-01308 (D. Colo.) **(corporate governance reforms valued at $100 million)**;
- *Buffalo Grove Police Pension Fund v. Diefenderfer*, No. 19-cv-00062 (E.D. Pa.) **(settlement of claims against officers and directors of Navient Corp. providing for corporate governance reforms valued at $139 million)**;
- *Tharp v. Acacia Commc'ns, Inc.*, No 1:17-cv-11504 (D. Mass.) **(settlement of claims against Acacia Communications, Inc. and its officers and directors providing for corporate governance reforms valued at $57 to $71 million)**;
- *N. Miami Beach Gen. Emps. Ret. Fund v. Parkinson*, No. 10-cv-06514 (N.D. Ill.) **(corporate governance reforms valued between $50 and $60 million)**;
- *In re Marvell Tech. Grp. Ltd. Deriv. Litig.*, No. 06-cv-03894 (N.D. Cal.) **($54.9 million settlement and corporate governance reforms)**;



# NON-TRADITIONAL RECOVERY MONITORING

Scott+Scott monitors clients' portfolios to ensure that public funds can recover assets when recourse under the "traditional" securities laws is unavailable. Increasingly, clients are suffering losses from conduct that is not subject to the federal securities laws, for example, when banks conspire to manipulate the operation of the financial markets. Federal courts have appointed the Firm to leadership positions in antitrust class cases relating to anticompetitive conduct to manipulate the foreign currency market, the LIBOR rate, and the ISDAfix rate. In these instances, a fund needs to have a system in place that monitors for these types of situations and enables trustees to make informed decisions on the "non-traditional" remedies available to protect their fund's interests. Such a system requires monitoring counsel to have an in-depth understanding of the U.S. antitrust laws, foreign laws and procedures, and securitization issues. Scott+Scott is on the forefront of obtaining substantial recoveries for its fund clients through the use of these "non-traditional" methods.

# "OPT OUT" LITIGATION



In addition to its class action work, Scott+Scott also represents clients in opt-out antitrust litigation. The Firm's success in class actions allows it to provide its opt-out clients unique and valuable insights. Representative clients include Parker Hannifin Corporation, PolyOne Corporation, Eastman Kodak Company, and Fujifilm Manufacturing U.S.A., Inc., in the following matters:

- *In re: Aluminum Warehousing Antitrust Litig.*, MDL No. 2481 (S.D.N.Y.);
- *In re Rubber Chemicals Antitrust Litig.*, MDL No. 1648 (N.D. Cal.);
- *In re Polychloroprene Rubber (CR) Antitrust Litig.*, MDL No. 1642 (D. Conn.); and
- *In re Plastic Additives Antitrust Litig.* (No. II), MDL No. 1684 (E.D. Pa.).

# CONSUMER LITIGATION

Scott+Scott's Consumer Practice Group consists of some of the premier advocates in the area of consumer protection and has been at the forefront in litigating and securing some of the most significant consumer protection settlements on behalf of its clients, resulting in hundreds of millions of dollars to class members. The Firm's Consumer Practice Group has attorneys dedicated to three primary areas: Data Breach/Data Privacy Litigation, Healthcare and Pharmaceutical Litigation, and Consumer Protection Litigation.

## DATA BREACH/DATA PRIVACY LITIGATION

Scott+Scott has extensive experience litigating data privacy and data breach class actions advancing cutting-edge legal theories. The Firm has achieved some of the largest recoveries in this area and currently serves in a leadership capacity in a number of data privacy and data breach class actions, including:

- *In re Equifax, Inc. Customer Data Security Breach Litigation*, No. 1:17-md-02800 (N.D. Ga.) (claims on behalf of financial institutions injured as a result of the 2017 Equifax data breach that exposed the personal and financial information of approximately 150 million U.S. consumers; preliminary approval of **settlement valued at $32.5 millio**n);

- *In re Google Assistant Privacy Litigation*, No. 5:19-cv-04286 (N.D. Cal.) (class action on behalf of consumers alleging privacy violations whereby Google Assistant records and discloses their private confidential communications without consent);

- *Lopez v. Apple Inc.*, No. 4:19-cv-04577 (N.D. Cal.) (class action on behalf of consumers and their minor children alleging privacy violations by Apple through its Siri application); and

- *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 2:19-md-02904 (D.N.J.) (claims on behalf of consumers involving data breach of personal information).

Recently, in settling a class action against The Wendy's Co. involving a breach of personal and financial information, the court, in approving the $50 million dollar settlement, noted that Scott+Scott and its attorneys demonstrated *"very significant experience in these types of class actions and in data breach litigation"* and that the attorneys *"brought to the table an incredible wealth of knowledge, was always prepared, really was thorough and professional in everything that was provided to the Court." First Choice Federal Credit Union v. The Wendy's Co.*, No. 2:16-cv-00506, Transcript at 32 (W.D. Pa. Nov. 6, 2019).

## REPRESENTATIVE DATA BREACH/DATA PRIVACY CASES

Additional data privacy and data breach settlements achieved by Scott+Scott for its clients include:

- *The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL No. 2583 (N.D. Ga.) (co-lead counsel; **$27.25 million settlement** on behalf of financial institutions involving data breach and theft of the personal and financial information of over 40 million credit and debit card holders);

- *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.) (**$59 million settlemen**t on behalf of financial institutions injured by the theft of sensitive payment card information);

- *Greater Chautauqua Federal Credit Union v. Kmart Corporation*, No. 1:15-cv-02228 (N.D. Ill.) (settlement valued at $13.4 million on behalf of financial institutions injured by the theft of sensitive payment card information); and

- *WinSouth Credit Union v. Mapco Express, Inc.*, No. 3:14-cv-01573 (M.D. Tenn.) (largest per dollar per card recovery involving payment card data breach brought on behalf of a class of financial institutions).

## INSURANCE AND PHARMACEUTICAL LITIGATION

Scott+Scott represents consumers and health and welfare funds throughout the United States who have been overcharged in connection with their insurance and pharmaceutical transactions. The Firm currently serves in a leadership capacity in a number of insurance and pharmaceutical class actions, including:

- *Sohmer v. UnitedHealth Group Inc.*, No. 0:18-cv-03191 (D. Minn.) (co-lead counsel; claims on behalf of plan participants alleging overcharge for prescription drug copayments);

- *Negron v. Cigna Corporation*, No. 3:16-cv-01702 (D. Conn.) (chair of executive committee; claims on behalf of plan participants alleging overcharge for prescription drug copayments);

- *Forth v. Walgreen Co, Inc.*, No. 1:17-cv-02246 (N.D. Ill.) (class action on behalf of consumers and third party union benefit funds alleging unlawful overcharges for medically necessary prescription drugs); and

- *Stafford v. Rite Aid Corporatio*n, No. 3:17-cv-01340 (S.D. Cal.) (class action on behalf of consumers who were overcharged for prescription drug claims).

## REPRESENTATIVE INSURANCE AND PHARMACEUTICAL CASES

Scott+Scott have significant experience litigating against insurance companies and pharmaceutical manufacturers. The Firm's lawyers have obtained some of the largest settlements in consumer healthcare litigation, including:

- *In re Managed Care Litig.*, MDL No. 1334 (S.D. Fla.) (**settlements** with Aetna, CIGNA, Prudential, Health Net, Humana, and WellPoint providing monetary and injunctive benefits **exceeding $1 billion**); and

- *In re Prudential Ins. Co. SGLI/VGLI Contract Litigation*, MDL No. 2208 (D. Mass.) (**$40 million settlement** was achieved on behalf of a class of military service members and their families who had purchased insurance contracts).

## CONSUMER PROTECTION LITIGATION

Scott+Scott has been at the forefront in prosecuting consumer protection actions against organizations engaging in unfair practices. The Firm currently serves in a leadership capacity in a number of consumer protection class actions, including:

- *Aquilina v. Certain Underwriters at Lloyd's London*, No. 1:18-cv-00496 (D. Haw.) (representing Hawaii homeowners who were placed into insurance excluding lava coverage and suffered devastating losses as a result of the 2018 eruption of Kilauea); and

- *Morris v. Apple, Inc.*, No. 5:20-cv-04812 (N.D. Cal.) (class action on behalf of consumers who purchased iTunes gift cards under false pretenses and were not refunded the value of the iTunes gift cards).

**Representative Consumer Protection Cases:**
Over the past decade, Scott+Scott has litigated a number of diverse cases and fought for rights of consumers to be treated fairly and equitably. The Firm has achieved significant settlements that have protected consumers' rights and recovered substantial monetary benefits, including:

- *The Vulcan Society, Inc. v. The City of New York*, No. 1:07-cv-02067 (E.D.N.Y.) (**$100 million settlement and significant injunctive relief** was obtained for a class of black applicants who sought to be New York City firefighters, but were denied or delayed employment due to racial discrimination);

- *In re Providian Financial Corp. Credit Card Terms Litigation*, MDL No. 1301 (E.D. Pa.) (**$105 million settlement** was achieved on behalf of a class of credit card holders who were charged excessive interest and late charges on their credit cards);

- *In re Pre-Filled Propane Tank Marketing & Sales Practices Litigation*, MDL No. 2086 (W.D. Mo.) (**$37 million settlement** obtained on behalf of class of propane purchasers who alleged defendants overcharged the class for under-filled propane tanks);

- *Murr v. Capital One Bank (USA)*, N.A., No. 1:13-cv-01091 (E.D. Va.) (**$7.3 million settlement** pending on behalf of class of consumers who were misled into accepting purportedly 0% interest credit card offers); and

- *Gunther v. Capital One, N.A.*, No. 2:09-cv-02966 (E.D.N.Y.) (**settlement resulting in class members receiving 100% of their damages** in case alleging consumers were improperly charged undeliverable mail fees).



# INTERNATIONAL LITIGATION



Since the Supreme Court's decision in *Morrison v. Nat'l Austl. Bank Ltd.*, No. 08–1191 (2010), pension funds are seeing increased monitoring activity in foreign jurisdiction litigation. United States funds are making increased investments in foreign companies trading on foreign exchanges, including the emerging markets. These companies are not immune to suffering the effects of fraud. Again, a fund needs to have a system in place to ensure that it learns about these situations and has an action plan to make sure that assets are protected. In the context of a foreign company, this is particularly important given changes in the U.S. securities laws. Notably, many foreign jurisdictions require funds to take affirmative steps to participate in foreign cases and recover losses.

Scott+Scott has experience in foreign jurisdiction litigation and can help funds navigate that process, so funds have the ability to participate, if they choose, and recover losses. The Firm is able to monitor and evaluate cases filed in non-U.S. jurisdictions and evaluate our clients' ability to participate in those cases. The Firm is currently litigating and evaluating cases in Europe, as well as Australia and Canada. However, because many foreign jurisdictions require plaintiffs to "opt-in" from the onset of the litigation, it usually requires participation at the beginning of an action to participate in any recovery.



# SCOTT+SCOTT LONDON

Scott+Scott's London office specializes in pursuing violations of European securities and antitrust laws. The Firm's European clients are primarily multinational corporations who have suffered losses across a number of jurisdictions. Scott+Scott London works closely with the Firm's U.S. and Amsterdam-based offices to deliver integrated multi-jurisdictional strategies.

Because its legal team is highly experienced in assessing business cartel damages Scott+Scott London has been retained by several large international companies to recover losses caused by a decade-long and worldwide business cartel to fix the prices and allocate markets in the cables sector.

Additionally, Scott+Scott London is acting for Michael O'Higgins FX Class Representative in bringing a collective action in the U.K.'s Competition Appeal Tribunal on behalf of victims of the foreign exchange cartel in Europe. The action is brought against five of the world's leading banks (Barclays, Citibank, JPMorgan, RBS, and UBS) and is one of only a handful of actions brought using the U.K.'s new regime for class actions for victims of breaches of competition law.

Scott+Scott has also brought over 20 claims in London's High Court against Visa and MasterCard in relation to their anticompetitive multilateral interchange fees, acting for multinational retailers, U.K. household names, and several hotel chains. Scott+Scott London is also working closely with the Firm's U.S.-based offices for Kodak in litigation in the U.K. and United States in relation to anticompetitive conduct involving aluminium warehousing.

# SCOTT+SCOTT AMSTERDAM



In 2019, Scott+Scott opened the Firm's Amsterdam office. The Netherlands has a robust litigation regime and is a premier jurisdiction for private enforcement cases. Its courts are increasingly friendly to parties seeking damages from price fixing and other forms of wrongdoing. The Netherlands also offers a mechanism for settling cases on a global basis. U.S. investors can now seek compensation for losses outside the United States without having to engage third-party Dutch law firms.

Our presence there provides our clients, whether headquartered in the US or Europe, a one-stop shop for global recoupment. In the wake of billions of dollars of recent fines imposed by the EU antitrust regulator, Scott+Scott Amsterdam is currently reviewing claims on behalf of multi-national corporations against the world's largest truck-makers, including MAN, DAF, Daimler, Iveco, and Volvo/ Renault, for colluding to coordinate prices and pass on the costs of emission-reducing technologies.



# SCOTT+SCOTT BERLIN

Scott+Scott Berlin opened in November 2020 to be led by private enforcement expert Markus Hutschneider who joined the firm from Deutsche Bahn, where he headed the multinational company's team of lawyers in the competition litigation unit. Hutschneider has worked on several high profile cases involving the German rail track cartel, the air cargo cartel, and the trucks cartel. He also has extensive experience negotiating out-of-court settlements.

Germany is one of the leading European markets for manufacturing and business and one of the top jurisdictions for corporations and other large clients seeking to recover their losses from price-fixing cartels and other wrongdoing. Opening the Berlin office further enhances the firm's ability to be out in front of the developing antitrust and regulatory environment in Germany and in the EU, allowing Scott+Scott to better serve its multinational clients' complex litigation needs, including for cartel damages claims. Scott+Scott Berlin is currently advising large clients on metal packaging in light of commission investigation.

41

# INVESTIGATIONS



Our internal investigations unit is unmatched in its sophistication and ability to identify, connect with, and obtain vital information from witnesses. The Firm's in house investigative department is led by attorney Alex Vargas, who has over a decade of legal and investigative experience. Under Vargas' direction, investigators employ public record databases, in-person interviews, and forensic IT to unravel complex cases, discover critical "evidence" and deliver actionable intelligence. The team works seamlessly with a robust, international network of boots-on-the-ground investigative experts to navigate the privacy and banking laws of different jurisdictions and deliver the facts from anywhere in the world.

**The team's investigations have contributed to recoveries in excess of $3.2 billion** on behalf of aggrieved investors, including, notably, their efforts in identifying, interviewing, and working with key witnesses, as well as obtaining critical evidentiary materials, leading to the largest trial settlement in the securities fraud arena ($2.46 billion in *Lawrence E. Jaffe Pension Plan v. Household Int'l Inc.*, No. 02-cv-05893 (N.D. Ill. 2006)).

Prior to joining Scott+Scott, Mr. Vargas served as the Director of Litigation Support at a boutique investigation firm in New York and earlier, was employed by an investigation firm handling securities fraud cases exclusively. Mr. Vargas received both his B.A. and J.D. from the University of San Diego and is licensed to practice law in New York, California, and the District of Columbia.



# WORLD-CLASS ATTORNEYS

We pride ourselves on the caliber of legal talent on our team. In addition to some of the best and brightest rising stars, we have attorneys who have served with distinction in the U.S. Department of Justice, been admitted to the U.S. Supreme Court, served in OAGs at the state level, argued before the UK's CAT and High Courts, and received virtually every accolade offered in our profession.

## DAVID R. SCOTT

### PRACTICE EMPHASIS

Managing Partner David R. Scott represents multinational corporations, hedge funds, and institutional investors in high-stakes, complex litigation, including antitrust, commercial, and securities actions.

### EDUCATION

New York University School of Law (LL.M. in taxation); Temple University School of Law (J.D., Moot Court Board, 1989); St. Lawrence University (B.A., cum laude, 1986)

### HIGHLIGHTS

Mr. Scott is the Managing Partner of Scott+Scott with offices in New York, Amsterdam, London, Berlin, California, Connecticut, Virginia, Arizona and Ohio.

In addition to managing the firm's lawyers worldwide, Mr. Scott advises some of the world's largest multinational corporations in cartel damages and other complex matters. He has been retained to design corporate policies for the global recoupment of losses, and transatlantic private enforcement programs.

He currently represents multinational companies and hedge funds in cases involving, among other things, price-fixing in the trucks, foreign exchange, high voltage power cables, cardboard, and payment card sectors.

Mr. Scott's antitrust cases in the United States have resulted in significant recoveries for victims of price-fixing cartels. Among other cases, Mr. Scott served as co-lead counsel in *Dahl v Bain Capital Partners*, No. 1:07-cv-12388 (D. Mass.), an action alleging that the largest private equity firms in the United States colluded to suppress prices that shareholders received in leveraged buyouts and that the defendants recently **agreed to settle for $590.5 million**. He was lead counsel in *Red Lion Medical Safety v. Ohmeda*, No. 06-cv-1010 (E.D. Cal.), a lawsuit alleging that Ohmeda, one of the leading manufacturers of medical anesthesia equipment in the United States, excluded independent service organizations from the market for servicing its equipment. The case was successfully resolved in settlement negotiations before trial.

Mr. Scott has received widespread recognition for his antitrust and competition law work. He has been elected to Who's Who Legal: Competition 2015- 2020, which lists the world's top antitrust and competition law lawyers, selected based on comprehensive, independent survey work with both general counsel and lawyers in private practice around the world. He has also received a highly recommended ranking by Benchmark Litigation for each of the years 2013-2015. In addition, Mr. Scott is continually recognized in the U.S. by Best Lawyers and Super Lawyers.

In addition to his extensive competition law work, Mr. Scott has also taken the lead in bringing claims on behalf of institutional investors, such as sovereign wealth funds, corporate pension schemes, and public employee retirement funds. For example, he has been retained to pursue losses against mortgaged-backed securities trustees for failing to protect investors. He also represented a consortium of regional banks in litigation relating to toxic auction rate securities ("ARS") and obtained a sizable recovery for the banks in a confidential settlement. This case represents one of the few ARS cases in the country to be successfully resolved in favor of the plaintiffs.

Mr. Scott is frequently quoted in the press, including in publications such as The Financial Times, The Economist, The Guardian, The Daily Telegraph, The Wall Street Journal, and Law360. He is regularly invited to speak at conferences around the world and before Boards of Directors and trustees responsible for managing institutional investments.

## DEBORAH CLARK-WEINTRAUB

### PRACTICE EMPHASIS

Deborah Clark-Weintraub has extensive experience in all types of class action litigation.

### EDUCATION

Hofstra Law School, Hempstead, NY (J.D., with distinction, 1986); St. John's University, Queens, NY (B.A., summa cum laude, 1981)

### HIGHLIGHTS

Ms. Weintraub is a partner in the firm's New York office and focuses her practice on securities litigation.

Ms. Weintraub has represented investors in numerous cases that have resulted in substantial recoveries, including *In re Oxford Health Plans, Inc. Securities Litigation*, MDL No. 1222 (S.D.N.Y.) ($300 million settlement); *In re CVS Corporation Securities Litigation*, No. 01-11464 (D. Mass.) ($110 million settlement); *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, NA*, No. 1:12-cv-2865 (S.D.N.Y. ($69 million settlement); *In re SanDisk LLC Securities Litigation*, No. 3:15-cv-01455-VC (N.D. Cal.) ($50 million settlement); *Weston v. RCS Capital Corp*., No. 1:14-cv-10136 (S.D.N.Y.) ($31 million settlement); and *In re Conn's, Inc. Securities Litigation*, No. 4:14-cv-00548 (S.D. Tex. ($22.5 million settlement), among others.

Ms. Weintraub has also obtained substantial recoveries in consumer litigation, including Young v. Wells Fargo & Co., No. 4:08-cv-00507-RP-CFB (S.D. Iowa) ($25.7 million settlement).

Ms. Weintraub is currently representing investors in several ongoing securities class action cases, including *Oklahoma Firefighters Pension and Ret. Sys. v. Newell Brands,*

*Inc.*, No. HUD-L-003492-18 (N.J. Super. Ct.); *In re Lyft, Inc. Securities Litigation*, No. CGC-19-575293 (Cal. Super. Ct.); *Erie County Emps. Ret. Sys. v. NN, Inc.*, No. 656462/2019 (N.Y. Sup. Ct.); *In re JPMorgan Precious Metals Spoofing Litigation*, No. 1:18-cv-10356-GHW (S.D.N.Y.); *In re Merrill, BOFA, and Morgan Stanley Spoofing Litigation*, No. 19-cv-6002 (LJL) (S.D.N.Y.); and *City of Warren Police & Fire Ret. Sys. v. CVS Health Corp.*, No. PC-2019-5658 (R.I. Super. Ct.).

Ms. Weintraub is the co-author of Gender Bias and the Treatment of Women as Advocates, Women in Law (1998), and the Dissenting Introduction defending the merits of securities class action litigation contained in the 1994 monograph Securities Class Actions: Abuses and Remedies, published by the National Legal Center for the Public Interest.

While in law school, Ms. Weintraub was a member and research editor of the Hofstra Law Review. Following her graduation from Hofstra Law School, Ms. Weintraub served as a law clerk to the Honorable Jacob Mishler, United States District Judge for the Eastern District of New York (1986-1987). Super Lawyers 2019.

## WILLIAM C. FREDERICKS

PRACTICE EMPHASIS

William Fredericks' practice focuses primarily on litigating securities and other complex commercial class actions.

EDUCATION

Columbia University Law School, (J.D., 1988); University of Oxford (M. Litt. in International Relations, 1985); Swarthmore College (B.A. in Political Science, high honors, 1983)

HIGHLIGHTS

Mr. Fredericks is a partner in the firm's New York office. In addition to serving as lead counsel on behalf of investors in several pending securities fraud actions (including cases against Uber, Evoqua Water Technologies and EndoChoice Holdings. Mr. Fredericks also represents investors in the pending FX antitrust litigation brought against over a dozen leading banks based on their involvement in manipulating foreign exchange ("FX") rates and spreads, and in pending proceedings relating to data security breaches at FaceBook, Inc.

Mr. Fredericks has represented investors as a lead or co-lead counsel for plaintiffs in dozens of securities class actions, including *In re Wachovia Preferred Securities and Bond/ Notes Litigation* (S.D.N.Y.) (total settlements of $627 million, reflecting the largest recovery ever in a pure Securities Act case not involving any parallel government fraud claims); *In re Rite Aid Securities Litigation* (E.D. Pa.) (total settlements of $323 million, including the then-second largest securities fraud settlement ever against a Big Four accounting firm);

*In re Sears Roebuck & Co. Sec. Litigation* (N.D. Ill.) ($215 million settlement, representing the then-largest §10(b) class action recovery in an action that did not involve either a financial restatement or parallel government fraud claims); *In re State Street Bank and Trust Co. ERISA Litigation* (S.D.N.Y.) (one of the largest ERISA class settlements to date); *In re King Digital Sec. Enter. PLC Shareholder Litigation* (Super. Ct. San Fran. Cty.) ($18.5 million settlement, representing one of the largest state court §11 class action recoveries to date); *Irvine v. ImClone Systems, Inc.* (S.D.N.Y.) ($75 million §10b settlement); *In re Insulet Sec. Litigation* (D. Mass) ($19.75 million §10b settlement), and *In re LendingClub Sec. Litigation* ($125 million §10b and §11 settlement). A consortium of plaintiffs' counsel also chose Mr. Fredericks to present the (successful) oral argument in opposition to defendants' efforts to dismiss (on grounds of standing) over fifteen separate securities fraud cases before a three judge panel in *In re Mutual Fund Investing Litigation* (see 519 F. Supp. 2d 580 (D.Md. 2007)), which later settled for a combined total of several hundred million dollars. Mr. Fredericks also played a leading role on the team that obtained a rare 9-0 decision for securities fraud plaintiffs in the U.S. Supreme Court in *Merck & Co., Inc. v. Reynolds* (which later settled for $1.052 billion), and he has also co-authored amicus briefs on behalf of clients in a number of other Supreme Court cases (including Halliburton, Amgen, ANZ Securities and Cyan) involving various significant securities law issues.

Mr. Fredericks has also represented clients in litigating claims in federal bankruptcy court proceedings, and obtained substantial recoveries from a bankrupt corporation's officers, law firm and outside auditors on behalf of a court-appointed Trustee of a creditor's trust. See I*n re Friedman's, Inc.*, 394 B.R. 623 (S.D. Ga. 2008). He also currently represents a class of large commercial customers of a bankrupt utility in breach of contract proceedings in *In re FirstEnergy Corp.*, pending before the U.S. Bankruptcy Court for the Northern District of Ohio.

At Columbia Law School, Mr. Fredericks was a three-time Harlan Fiske Stone Scholar, a Columbia University International Fellow, Articles Editor of The Columbia Journal of Transnational Law, and winner of Columbia's Beck Prize (property law), Toppan Prize (advanced constitutional law) and Greenbaum Prize (written advocacy). A three-judge panel chaired by the late Justice Antonin Scalia also awarded Mr. Fredericks the Thomas E. Dewey Prize for best oral argument in the final round of Columbia's Stone Moot Court Honor Competition. After clerking for the Hon. Robert S. Gawthrop III (E.D. Pa.) in Philadelphia, Mr. Fredericks spent seven years practicing securities and complex commercial litigation at Simpson Thacher & Bartlett LLP and Willkie Farr & Gallagher LLP in New York before moving to the plaintiffs' side of the bar in 1996.

Mr. Fredericks has been recognized in the 2012-21 editions of "America's Best Lawyers" in the field of commercial litigation, in "Who's Who in American Law" (Marquis), and in the New York City "Super Lawyers" listings for securities litigation (2013-20). In 2020 and 2021 he was named to the LawDragon 500 Lead Plaintiff Attorney list. He has been a frequent panelist on various securities litigation programs sponsored by the Practising Law Institute (PLI) – including ten years as a panelist on civil liabilities under the federal Securities Act – and has lectured overseas on American class action litigation on behalf of the American Law Institute/American Bar Association (ALI/ABA). He is also the former chairman of the New York City Bar Association's Committee on Military Affairs and Justice), and a member of the Federal Bar Council.

## BETH KASWAN

### PRACTICE EMPHASIS

Ms. Kaswan currently focuses on representing cities, counties, and other municipalities from Massachusetts, Pennsylvania, New Jersey, Connecticut, and Florida in both state and federal litigation against the manufacturers and distributors of opioid medications.

### EDUCATION

Boston College (J.D., 1976); University of Miami (Bachelor of Business Administration, 1973)

### HIGHLIGHTS

Ms. Kaswan has been practicing law for over 40 years and is a partner in the firm's New York office. During her tenure as an Assistant U.S. Attorney in the U.S. Attorney's Office for the Southern District of New York, including with respect to her promotions to Chief of the Commercial Litigation Unit and Deputy Chief of the Civil Division, Ms. Kaswan handled a number of complex fraud actions against major U.S. contractors and served as lead counsel in litigation to enjoin the manufacture of adulterated generic drugs in the landmark case *United States v. Barr Laboratories, Inc.*, 812 F. Supp. 458 (D.N.J. 1993). Ms. Kaswan, who began her career as an accountant at the offices of Peat, Marwick, Mitchell & Co., and then worked as a civil trial attorney in the tax division of the U.S. Department of Justice in Washington, D.C., is the recipient of several awards from the Justice Department and other agencies she represented, including the Justice Department's John Marshall award, Special Commendation from the Attorney General, an award from the Executive Office of U.S. Attorneys, Tax Division Outstanding Achievement awards, and awards from the FDA and U.S. Customs Service.

While at Scott+Scott, Ms. Kaswan served as lead counsel in *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass Through Certificates*, No. 09-cv-00037 (W.D. Wash.), the WaMu RMBS Section 11 Securities Act case which settled after plaintiffs succeeded in defeating the defendants' motion for summary judgment, only weeks before it was scheduled to proceed to a jury trial. Ms. Kaswan participated in the nine-week trial in *In the Matter of the Application of The Bank of New York Mellon*, Index No. 651786/2011 (N.Y. Supr. Ct.) in which she and other interveners challenged the proposed settlement between Bank of New York Mellon and Bank of America to resolve repurchase and servicing claims for 530 Countrywide trusts. She and others settled federal and state law claims against the Securitization Trustees for WaMu and Bear Stearns Trusts in *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, N.A.*, No. 12-cv-2865 (S.D.N.Y.) and *Oklahoma Police Pension and Retirement System v. U.S. Bank N.A.*, No. 11-cv-8066 (S.D.N.Y.), respectively.

Ms. Kaswan brought a derivative suit on behalf of New York University against Ezra Merkin to freeze funds belonging to a feeder fund to Bernard Madoff. She also served as lead counsel to another shareholder derivative case, *Carfagno v. Schnitzer*, No. 08-CV-912-SAS (S.D.N.Y.), where she successfully negotiated a settlement on behalf of Centerline Holding Company and Centerline shareholders. Ms. Kaswan has served as lead counsel in *Cornwell v. Credit Suisse Group*, No. 08-cv-3758 (S.D.N.Y.) and *In re Tetra Technologies, Inc. Securities Litigation*, No. 08-cv-0965 (S.D. Tex.), among others.

Ms. Kaswan is the lead lawyer for public nuisance actions by 13 Massachusetts cities against opioid manufacturers, distributors and chain pharmacies. *In re Municipal Opioid Cases*, No. 1884CV02860-BLS2 (Mass. Super.).

Ms. Kaswan is a member of the New York and Massachusetts bars and has been named a "Super Lawyer" from 2011-2021.

## THOMAS LAUGHLIN

### PRACTICE EMPHASIS

Thomas Laughlin's practice focuses on securities class action, shareholder derivative, ERISA and other complex commercial litigation.

### EDUCATION

New York University School of Law (J.D., cum laude, 2005); Yale University (B.A. History, cum laude, 2001)

### HIGHLIGHTS

Mr. Laughlin is a partner in the New York office and focuses on securities class action, shareholder derivative, ERISA and other complex commercial litigation. After graduating from law school, Mr. Laughlin clerked for the Honorable Irma E. Gonzalez, United States District Court Judge for the Southern District of California.

While at Scott+Scott, Mr. Laughlin has worked on several cases that have achieved notable victories, including *Cornwell v. Credit Suisse*, No. 08-3758 (S.D.N.Y.) (**settlement of $70 million**), *In re SanDisk LLC Securities Litigation*, No. 3:15-CV-01455-VC (N.D. Cal.) (**settlement of $50 million**); Weston v. RCS Capital Corp., No. 1:14-cv-10136-GBD (S.D.N.Y.) (securities settlement of $31 million); *In re King Digital Entertainment plc Shareholder Litigation*, No. CGC-15-544770 (Cal. Super. Ct. San Francisco Cty.) (**settlement of $18.5 million**); and *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (**settlement of $10.235 million**).

Mr. Laughlin also has significant appellate experience, having represented clients in connection with several appellate victories, including *Cottrell v. Duke*, 737 F.3d 1238 (8th Cir. 2013); *Westmoreland County Employee Retir. Sys. v. Parkinson*, 727 F.3d 719 (7th Cir. 2013); P*feil v. State Street Bank and Trust Co.*, 671 F.3d 585 (6th Cir. 2012); and *King v. VeriFone Holdings, Inc.*, 12 A.3d 1140 (Del. Supr. 2011).

In 2014, Mr. Laughlin was co-chair of a 13-day bench trial in *Bankers' Bank Northeast v. Berry, Dunn, McNeil & Parker, LLC*, No. 12-cv-00127 (D. Me.). He represented a consortium of 10 community banks asserting negligence and professional malpractice claims against the former officers and directors of a bank and its auditor in connection with an $18 million loan made to that bank in September 2008. Among other things, Mr. Laughlin conducted the cross-examination of all three witnesses from the defendant's auditing firm and the direct examination of plaintiff's auditing expert. The parties to the action succeeded in resolving the action after trial.

## HAL CUNNINGHAM

### PRACTICE EMPHASIS
Hal Cunningham's practice focuses on complex antitrust and consumer litigation, primarily in the financial services industry.

### EDUCATION
University of San Diego School of Law (J.D., 2005);
Murray State (B.S., Biological Chemistry, 1997)

### HIGHLIGHTS
Mr. Cunningham is an attorney in the firm's San Diego office and currently represents class plaintiffs in *Alaska Electrical Pension Fund v. Bank of America Corp.*, No. 1:14-cv-07126 (S.D.N.Y.), an action challenging collusion in the setting of ISDAfix, a global benchmark used to value interest rate derivatives, and *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 1:13-cv-07789 (S.D.N.Y.). Mr. Cunningham serves a prominent role in the prosecution of these cases, working with the firm's financial industry experts and economists and supervising firm attorneys on discovery matters.

Mr. Cunningham's practice also includes complex securities litigation, achieving notable results, including *In re Washington Mutual Mortgage Backed Securities Litigation*, No. C09-0037 (W.D. Wash.) and *In re Cardinal Health, Inc. Securities Litigation*, No. 2:04-cv-00575 (S.D. Ohio).

Before entering the practice of law, Mr. Cunningham worked in drug development and holds a Regulatory Affairs Certification. Outside of the office, Mr. Cunningham enjoys cycling and tennis.

## JOHN T. JASNOCH

### PRACTICE EMPHASIS
John Jasnoch's practice areas include securities and antitrust class actions, shareholder derivative actions, consumer protection, commercial contracts, intellectual property, and other complex, high stakes litigation.

### EDUCATION
University of Nebraska, College of Law (J.D., 2011); Creighton University (B.A., Political Science and International Relations, cum laude, 2007)

### HIGHLIGHTS
John Jasnoch is a partner in the San Diego office. He represents clients in complex litigations in state and federal courts across the county. John has been counsel of record in numerous successful cases where Scott+Scott served in a leadership capacity, including: *In re LendingClub Corp. Shareholder Litigation*, No. CIV537300 (Cal. Super. Ct. San Mateo Cty) (**$125 million federal and state joint settlement**); *In re King Digital Entertainment plc Shareholder Litigation*, No. CGC-15-544770, (Cal. Super. Ct. San Francisco Cty.) (**$18.5 million settlement**); *In re FireEye, Inc. Securities Litigation*, No. 1:14-cv-266866 (Cal. Super. Ct. Santa Clara Cty.) (**$10.3 million settlement**); *In re Pacific Coast Oil Trust Securities Litigation*, No. BC550418 (Cal. Super. Ct. Los Angeles Cty.) (**$7.6 million settlement**); and *In re MobileIron, Inc., Shareholder Litigation*, No. 1-15-284001 (Cal. Super. Ct. Santa Clara Cty) (**$7.5 million settlement**). John currently represents plaintiffs in a number of high profile cases, including *In re Lyft, Inc. Securities Litigation*, No. CGC 19-575293 (Cal. Super Ct. San Francisco Cty); *In re Uber Technologies Inc. Securities Litigation*, No. CGC 19-579544 (Cal. Super Ct. San Francisco Cty); *In re Slack Technologies, Inc. Shareholder Litigation*, No. 19-cv-5370 (Cal. Super Ct. San Mateo Cty); and *In re Google Assistant Privacy Litigation*, No. 19-cv-04286 (N.D. Cal.).

In 2015, Mr. Jasnoch was a member of the trial team in *Scorpio Music S.A. v. Victor Willis*, a landmark copyright jury trial concerning the copyright ownership of hit songs by The Village People. In that suit, Scott+Scott client and Village People lyricist Victor Willis

obtained a declaratory judgment confirming his copyright termination and giving him a 50% copyright interest in "YMCA" and other classic Village People compositions. No. 11-cv-1557 (S.D. Cal.).

In 2020, Mr. Jasnoch was named as one of SuperLawyers' "Rising Stars" for Securities Litigation in the San Diego Area.

In his free time, John enjoys attending sporting events, trivia contests, fun runs, and other adventures with his wife Jennifer, son James, and dog Jack.

## AMANDA LAWRENCE

### PRACTICE EMPHASIS

Amanda F. Lawrence is actively engaged in the Firm's complex securities, corporate governance, consumer, and antitrust litigation.

### EDUCATION

Yale Law School (J.D.2002); Dartmouth College (B.A., cum laude, 1998)

### HIGHLIGHTS

Ms. Lawrence is a partner in our Connecticut office. In the antitrust realm, Ms. Lawrence currently served as co-lead counsel in the matter, *In re: GSE Bonds Antitrust Litigation*, 1:19-cv-01704-JSR (S.D.N.Y.) which alleges manipulation of the prices in the $550 billion government sponsored entities bond market by some of the largest banks in the world. The case has a pending **settlement of $386.5 million**. Ms. Lawrence was also intricately involved in the "ISDAFix case" – *Alaska Electrical Pension Fund v. Bank of America*, 1:14-cv-07126-JMF-OTW (S.D.N.Y). That case has **to date achieved over $504.5 million in recovery** from large financial institutions for investors.

In her securities practice, Ms. Lawrence has worked on numerous Exchange Act and 1933 Act cases that have resulted in substantial settlements, including: *Police and Fire Retirement System of the City of Detroit v. Crane*, No. 13-cv-00945-VC (N.D. Cal.) (**$5.1 million securities class action settlement**); *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (**securities settlement of $10.235 million**); *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates*, No. 09-cv-00037 (W.D. Wash.) (**$26 million securities class action settlement**); and *In re TETRA Technologies, Inc. Securities Litig.*, No. 4: 07-cv-00965 (S.D. Tex.) (**$8.25 million securities class action settlement**).

In addition to antitrust and securities matters, Ms. Lawrence has also worked on consumer cases that have resulted in significant settlements for the affected classes. For example, Ms. Lawrence helped achieve a settlement in the T*he United States v. The City of New York*, No. 07-CV-2067 (E.D.N.Y.) that awarded back pay and lost fringe benefits to a class

of African American and Hispanic firefighters in New York City, as well as a settlement in *In re Prudential Life Insurance Co. of America SGLI/VGLI Contract Litig.*, No. 11-02208 (D. Mass.) that brought a $39 million settlement on behalf of families of deceased servicemen and women against Prudential.

During law school, Ms. Lawrence worked for large firms in Washington, D.C., New York, and Cleveland. After graduating from Yale, she worked in-house at a tax lien securitization company and for several years at a large Hartford-based law firm.

Ms. Lawrence has taught Trial Practice at the University of Connecticut School of Law and is very actively involved in her community, particularly in recreational organizations and events.

A five-time NCAA National Champion cyclist who raced throughout the United States, Europe, Bermuda, and Pakistan, Ms. Lawrence is now an avid endurance athlete. Ms. Lawrence has competed in dozens of marathons, including the New York Marathon and the Boston Marathon, and in 18 full-distance ironman competitions – five of which were at the Ironman World Championships in Kona, Hawaii.

## MAX SCHWARTZ

### PRACTICE EMPHASIS

Max Schwartz's practice focuses on complex civil litigation, often involving financial products and services. He also counsels investment firms and institutional investors on strategies to enhance returns, or recoup losses, through a variety of legal actions.

### EDUCATION

New York University School of Law (J.D.); Columbia University (B.A., cum laude)

### HIGHLIGHTS

Mr. Schwartz is a partner in our New York office. Following the financial crisis, Mr. Schwartz served as lead counsel in several cases that set important precedents regarding mortgage-backed securities. He argued the first cases to find that securitization trustees must seek to have defective mortgages repurchased from MBS trusts. These efforts recently led to the recovery of $69 million for investors in Washington Mutual MBS and $6 million for investors in Bear Stearns MBS. Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, NA, 1:12-cv-2865 (S.D.N.Y.); Oklahoma Police Pension and Retirement System v. U.S. Bank National Association, 1:11-cv-8066 (S.D.N.Y.) and In re SanDisk LLC Sec. Litigation, No. 15-cv-01455 (N.D. Cal.): a securities fraud class action alleging that defendants intentionally inflated the price of the Company's stock by making false and misleading statements and concealing information relating to

SanDisk's business, operations, and prospects ($50 million settlement).

Currently, Mr. Schwartz represents investment firms pursuing claims against MBS servicers. He also represents plaintiffs in a securities action against Nicholas Schorsch and RCS Capital Corp., among others. Weston v. RCS Capital Corp., 1:14-cv-10136 (S.D.N.Y.).

Mr. Schwartz has substantial experience in competition and antitrust matters as well. He was part of the team that secured a $590 million settlement stemming from allegations that several of the largest leveraged buyouts were subject to collusion. Dahl v. Bain Capital Partners, LLC, 1:07-cv-12388 (D. Mass.). In addition, Mr. Schwartz has advised clients in antitrust matters ranging from pharmaceuticals to precious metals and has advised companies seeking merger review before a number of regulatory agencies.

Super Lawyers named Mr. Schwartz a Rising Star and the Legal Aid Society also recognized him with a Pro Bono Service Award for work before the New York Court of Appeals.

## PATRICK MCGAHAN

PRACTICE EMPHASIS
Mr. McGahan specializes in antitrust and commodities litigation before U.S. and English courts.

EDUCATION
King's College London (Postgraduate Diploma in Competition Law, 2015); University of Queensland (Bachelor of Laws, First Class Honours, and Bachelor of Arts, 2010)

HIGHLIGHTS
Mr. McGahan is a partner in Scott+Scott's Connecticut and London offices and works closely with other members of the firm's Antitrust and Competition Practice in counseling corporate and institutional clients, evaluating potential claims, and developing strategies to recover losses caused by anticompetitive conduct. He has also acted for clients in a variety of securities litigation, arbitrations (both investment treaty and commercial), and pieces of general commercial litigation.

In the U.S., Mr. McGahan is a member on the Scott+Scott teams prosecuting *In re Cattle Antitrust Litigation*, No. 19-cv-1222 (D. Minn.) (alleging conspiracy amongst nation's meatpackers to suppress fed cattle prices), *Two Roads Shared Trust v. John Does*, No. 20-cv-00831 (N.D. Ill.) (alleging manipulative trading of SPX Options in breach of the Commodities Exchange Act), and *Robinson v. Diana Containerships*, No. 17-cv-6160 (E.D.N.Y) (alleging conspiracy between funder and various Greek shipping companies), among other matters. In England, Mr. McGahan is presently representing numerous clients who have European claims arising from the manipulation of the foreign exchange market.

Prior to joining Scott+Scott, Mr. McGahan spent four years in the London office of Freshfields Bruckhaus Deringer LLP. During this time, he acted in many of the leading English competition damages cases, including *National Grid Electricity Transmission Plc v. ABB Ltd.* He also acted for numerous clients in competition law investigations, both internal investigations and those brought by the Competition and Markets Authority, the European Commission, and other regulators.

Mr. McGahan co-authored with Belinda Hollway, David Howe and Devina Shah, **Cartel Damages Settlements and the Damages Directive: The End of the Road for Contribution Claims**, Global Competition Review (2017), Volume 10. He also co-authored with David Howe and Cian Mansfield, **Intel on Jurisdiction: An Intelligent Approach to Treating Anticompetitive Conduct across Global Supply Chains**, Global Competition Review (2018), Volume 1. When not at work, Mr. McGahan enjoys cycling, hiking, and skiing with his two children.

## LAUREN MCCABE

PRACTICE EMPHASIS
Lauren McCabe's practice focuses on securities class actions.

EDUCATION
New York University Law School (J.D., 2008),
Pepperdine University (B.A., summa cum laude, 2005)

HIGHLIGHTS
Ms. McCabe is a senior associate in Scott+Scott's New York office. Prior to joining Scott+Scott, she was a litigation associate at a major international law firm where she represented clients in high stakes trials, securities class actions, breach of fiduciary duty cases, antitrust matters, and employment matters.

Ms. McCabe is the primary associate on the teams prosecuting the securities class actions *In re GreenSky Securities Litigation*, No. 18 Civ. 11071 (AKH) (S.D.N.Y.), *In re Weight Watchers Int'l, Inc. Securities Litigation*, Master File No. 1:10-cv-02005 (S.D.N.Y.), *Silverberg v. DryShips Inc.*, No. 2:17-cv-4547-SJF-ARL (E.D.N.Y.), *Castronovo v. Dentsply Sirona Inc.*, Index No. 155393/2018 (Sup. Ct. N.Y.), *Kirkland v. WideOpen-West, Inc.*, Index No. 653248/2018 (Sup. Ct. N.Y.), *In re Lyft, Inc., Securities Litigation*, Lead Case No. CGC-19-575293 (San Fran. Sup. Ct.), and *In re: SmileDirectClub, Inc. Securities Litigation*, Lead Case No. 19-1169-IV (Davidson Cty. Chancery Ct. Tenn.). Ms. McCabe drafts key pleadings and manages discovery in all her matters. She also

successfully argued to defeat defendants' motion to stay in the Dentsply Sirona action.

Ms. McCabe's publications include: Justice Holland's Lasting Imprint on Corporate Law, Delaware Business Court Insider (March 14, 2017).

Outside of work Ms. McCabe's hobbies include paddle boarding, volleyball, cooking, travel, and spending time with her husband, Tyson, and son, Kellen, and her family in Texas, where she was raised.

## JOSEPH A. PETTIGREW

### PRACTICE EMPHASIS

Joseph A. Pettigrew's practice areas include securities, antitrust, shareholder derivative litigation, and other complex litigation.

### EDUCATION

University of San Diego School of Law (J.D., 2004);

Carleton College (B.A., Art History, cum laude, 1998)

### HIGHLIGHTS

Mr. Pettigrew is an attorney who works across multiple S+S offices. His work includes the following cases: *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.); *In re Tile Shop Holdings, Inc. Stockholder Deriv. Litigation*, C.A. No. 10884-VCG (Del. Ch.); and *In re Robinhood Financial Svs. Litigation*, No. 20-cv-1026 (N.D. Cal.).

Mr. Pettigrew has served on the board and as a legal counsel to several nonprofit arts organizations.

## JEFF JACOBSON

### PRACTICE EMPHASIS

Jeffrey P. Jacobson is a litigation associate specializing in securities litigation in both federal and state court. Currently, he is one of the attorneys in the firm representing pension funds and individuals in their civil suits prosecuting publicly traded companies for securities fraud and malfeasance.

### EDUCATION

George Washington University Law School (J.D., High Honors, Order of the Coif, 2017)

The George Washington University (B.A., Journalism & Political Science, summa cum laude, Distinguished Scholar, 2013)

### HIGHLIGHTS

Jeff is an associate in our New York office where he focuses on federal securities litigation Prior to joining Scott+Scott, Jeff was a litigation associate at a major international law firm where he represented clients in securities cases, bankruptcy proceedings, and antitrust matters, and advised clients on employment matters.

## RANDY MOONAN

### PRACTICE EMPHASIS

Mr. Moonan's practice focuses on securities class actions.

### ADMISSIONS

State of New York; United States District Courts: Southern and Eastern Districts of New York; Fourth Circuit Court of Appeals.

### EDUCATION

Cornell Law School (J.D., 2013); University at Albany (B.A., History and Political Science, magna cum laude, Phi Beta Kappa, 2010)

### HIGHLIGHTS

Mr. Moonan is an associate in Scott+Scott's New York office. Prior to joining Scott+Scott, Mr. Moonan was a litigation associate at Simpson Thacher & Bartlett LLP, representing major financial institutions in civil and regulatory matters involving securities, antitrust, corporate governance, and insurance law issues. During law school, Mr. Moonan served as a Managing Editor of the Cornell Journal of Law and Public Policy as well as a clinical extern at the United States Attorney's Office, Northern District of New York

### REPRESENTATIVE CASES

Lead Associate, *In re Evoqua Water Technologies Corp.*, No. 1:18-cv-10320-AJN (S.D.N.Y.; Lead Associate, *St. Lucie County Fire District Firefighters' Pension Trust v. Southwestern Energy Company*, No. 2016-70651 (Harris Cnty. Tex.); Associate, *In re PPDAI Group Securities Litigation*, Index No. 654482/2018 (Sup. Ct., N.Y. Cnty.)

## MICHAEL SRODOSKI

Mr. Srodoski is an associate in the firm's Connecticut office and prosecutes complex consumer class actions with a focus on antitrust and unfair competition violations.

### EDUCATION

University of Minnesota Law School (J.D., cum laude, 2016);

University at Albany (B.A., Economics, 2001)

### CLERKSHIPS

Clerk for Hon. Carol A. Hooten, Minnesota Court of Appeals, 2016-2017

Extern for Hon. Diana E. Murphy, United States Court of Appeals for the Eighth Circuit, 2015

REPRESENTATIVE CASES

*In re Cattle Antitrust Litigation*, No. 0:19-cv-01222 (D. Minn.) (co-lead counsel); *Two Roads Shared Trust v. John Does*, No. 1:20-cv-0831 (N.D. Ill.) *In re: ICE LIBOR Antitrust Litigation*, No. 1:19-cv-00439 (S.D.N.Y.) *In re Equifax, Inc., Customer Data Security Breach Litigation*, No. 1:17-md-2800 (N.D. Ga.) (member of the Plaintiffs' Coordination and Discovery Committee); *In re Broiler Chicken Antitrust Litigation*, No. 1:16-cv-08637 (N.D. Ill.) (member of Plaintiffs' Discovery Committee).

PUBLICATIONS

Mr. Srodoski, **Steering for More Trouble? Could the Ruling in United States v. American Express Co. Lead to Further Antitrust Enforcement Actions Against American Express in Europe?** 25 MINN. J. INT'L L. 1 (Winter 2016).

In his free time, Michael enjoys hand tool woodworking, reading to his son, and traveling (especially to Citizens Bank Park to watch the Philadelphia Phillies play).

## RHIANA SWARTZ

PRACTICE EMPHASIS

Rhiana Swartz's practice primarily focuses on case development including identifying, investigating and initiating complex federal and state securities class actions on behalf of institutional and individual investors. She also litigates these matters, with a focus on leadership issues. Ms. Swartz is also involved in shareholder derivative actions and other complex commercial matters.

EDUCATION

Brooklyn Law School (J.D., magna cum laude); Swarthmore College (B.A.)

REPRESENTATIVE CASES

Ms. Swartz has helped secure Scott+Scott's leadership in many federal and state class actions, including: *Corwin v. ViewRay, Inc.*, No. 1:19-cv-02115 (N.D. Ohio); *In re Weight Watchers Int'l, Inc. Sec. Litigation*, No. 1:19-cv-02005 (S.D.N.Y.); *Mustafin v. GreenSky, Inc.*, No. 1:18-cv-11071 (S.D.N.Y.); *In re Evoqua Water Techs. Corp. Sec. Litigation*, No. 1:18-cv-10320 (S.D.N.Y.); *Kanugonda v. Funko, Inc.*, No. 2:18-cv-00812 (W.D. Wash.); *Silverberg v. DryShips Inc.*, No. 2:17-cv-04547 (E.D.N.Y.); *Robinson v. Diana Containerships Inc.*, No. 2:17-cv-06160 (E.D.N.Y.); and *In re Altice USA, Inc. Sec. Litigation*, Index No. 711788/2018 (NY Sup. Ct. Queens Cty.).

Prior to joining Scott+Scott, Ms. Swartz was Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, Office of the Corporation Counsel, where she defended federal civil rights cases from initial receipt of complaint through trial verdict.

Ms. Swartz also spent more than four years as an associate at Sullivan & Cromwell LLP in New York, representing major financial institutions in civil and regulatory matters involving securities, antitrust, corporate governance, and employment law issues.

Ms. Swartz clerked for the Honorable Joan M. Azrack in the Eastern District of New York.

## ZACHARY M. VAUGHAN

PRACTICE EMPHASIS

Zachary M. Vaughan practices complex securities litigation at the firm, where he consults with institutional clients on corporate fraud in the securities markets as well as corporate governance issues.

EDUCATION

Georgetown University Law Center (J.D, cum laude, 2011); Dartmouth College (A.B., Music, 2005)

HIGHLIGHTS

Law Clerk to Hon. Colleen McMahon, U.S. District Court for the Southern District of New York; Law Clerk to Hon. D. Michael Fisher, U.S. Court of Appeals for the Third Circuit; Spent four years as a litigation associate at Patterson Belknap Webb & Tyler LLP, where his commercial-litigation experience included representing plaintiffs in cases involving mortgage-backed securities.

Mr. Vaughan has been recognized as a Rising Star in the 2017-21 editions of Super Lawyers and served on the editorial board of The Georgetown Law Journal

## HEATHER H. VOLIK

PRACTICE EMPHASIS

Heather Volik is an associate attorney in the Firm's New York office. Her practice focuses on securities litigation.

EDUCATION

New York Law Law School (J.D., magna cum laude, 2006); University of Pittsburgh (B.A. English major, African and Russian studies minors)

HIGHLIGHTS

Recipient of the 2006 Professor Lung-Chu Chen Award for Excellence in the Field of Human Rights; Law Clerk for the Honorable Charles Chambers, United States District Court Judge for the Southern District of West Virginia; Elected member of the Kings County Democratic

Committee, 2016-2020; Recipient of the 2010 and 2011 Legal Aid Society's Pro Bono Publico Awards; Recipient of the Safe Passage Attorney of the Week, April 2014; and has authored Driving Down the Wrong Road: The Fifth Circuit's Definition of Unauthorized Use of A Motor Vehicle as a Crime of Violence in the Immigration Context, 39 St. Mary's L. J. 149 (2007)

## JONATHAN ZIMMERMAN

### PRACTICE EMPHASIS

Jonathan Zimmerman is an associate in the Firm's New York office where he focuses on federal securities and shareholder derivative litigation. His practice primarily focuses on identifying, investigating and initiating complex federal securities class actions on behalf of individual and institutional shareholders. He is also involved in multiple shareholder derivative actions and other complex commercial matters.

### EDUCATION

Temple University, Beasley School of Law (J.D., 2016); McGill University, Desautels School of Management (Bachelor of Commerce, 2009)

### REPRESENTATIVE CASES

*In re SanDisk LLC Securities Litigation*, No. 3:15-CV-01455-VC (N.D. Cal.) (part of the team that **recovered $50 million** in class action alleging violations of the Securities Exchange Act of 1934); *City of Birmingham Relief and Retirement System v. Hastings*, No. 5:18-cv-02107-BL (N.D. Cal.)

### HIGHLIGHTS

• Former Staff Editor of Temple's International and Comparative Law Journal and Recipient of Best Paper Award in Advanced Financial Regulations for his work entitled Corporate Diversions: Short-Term Tax Savings at the Expense of Shareholder Rights (Spring 2015).

• Former two-time All-Canadian collegiate lacrosse player and co-captain of McGill University's men's varsity team



## ATTORNEY COURT ADMISSIONS

International Admissions: The Netherlands; England and Wales (including Higher Rights of Audience); Republic of Ireland; Scotland; New South Wales, Australia; Queensland, Australia; and Germany; U.S. Admissions: United States Supreme Court; United States Courts of Appeal for the First, Second, Third, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; United States District Courts for the Districts of California (Northern, Southern, Eastern, and Central), Colorado, Connecticut, Florida (Northern), Illinois (Northern), Massachusetts, Michigan (Eastern), Missouri (Eastern), New Jersey, New York (Southern, Eastern, and Western), Ohio (Northern and Southern), Pennsylvania (Eastern and Western), Texas (Northern, Western, and Southern), Wisconsin (Eastern and Western), and the District of Columbia; and the courts of the States of Arizona, California, Connecticut, Delaware, Florida, Maryland, Pennsylvania, Massachusetts, Nebraska, New Jersey, New York, Ohio, West Virginia, Wisconsin, Texas, and the District of Columbia.

# ACCOLADES

### U.S. News & World Report "Best Law Firms"

The Firm is currently ranked by U.S. News & World Report as a "Best Law Firm" in commercial litigation in the New York region.

### American Antitrust Institute

The 2018 Antitrust Annual Report recognized *In re Foreign Currency Benchmark Rates Antitrust Litigation* as the #1 settlement of 2018, as well as ranking the FIrm #1 nationally for aggregate settlements: 2013-2018.

### Global Competition Review

At the 6th Annual Global Competition Review ("GCR") Awards, Scott+Scott won for Litigation of the Year – Cartel Prosecution, which recognized the Firm's efforts in the foreign exchange settlements in the United States, a landmark case in which major banks conspired to manipulate prices paid in the $5.3 trillion-per-day foreign exchange market and have thus far settled for more than $2 billion.

### Law 360 Glass Ceiling Report

Scott+Scott is recognized as one of the top law firms in the nation for female attorneys by the legal publication Law360. The Glass Ceiling Report honors firms that "are demonstrating that the industry's gender diversity goals can turn into a measurable result, and boost the number of women at all levels of a law firm.[1,2]" This selection highlights the importance Scott+Scott places on diversity and inclusion within the Firm.

### Center for Constitutional RIghts

Scott+Scott was the recipient of the 2010 Center for Constitutional Rights' Pro Bono Social Change Award for its representation of the Vulcan Society, an association of African-American firefighters, in challenging the racially discriminatory hiring practices of the New York City Fire Department.

[1] https://www.law360.com/articles/1310926
https://www.law360.com/articles/1162859/the-best-law-firms-for-female-attorneys.



84



Scott+Scott **+** The Helmsley Building **+** 230 Park Ave, 17th Floor **+** New York, NY 10169 **+** United States **+** www.scott-scott.com

© 2021 Scott+Scott Attorneys at Law LLP