# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHEW KING TAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-08413-PAC |
| Plaintiff, | |
| v. | |
| GOLDMAN SACHS GROUP INC. and MORGAN STANLEY, | |
| Defendants. | |
| THIS DOCUMENT RELATES TO:<br><br>    1:21-cv-08618-PAC<br>    1:21-cv-08752-PAC<br>    1:21-cv-08897-PAC<br>    1:21-cv-10791-PAC<br>    1:21-cv-10999-PAC<br>    1:22-cv-00169-PAC | |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS**
**AND LEAD COUNSELS, AND APPOINTING PLAINTIFFS' EXECUTIVE**
**COMMITTEE AND CO-CHAIRS OF THE EXECUTIVE COMMITTEE**

WHEREAS, seven class actions with common allegations of wrongdoing under the Securities Exchange Act of 1934 (the "Coordinated Actions" or the "Archegos Actions") are pending before this Court;

WHEREAS, the Coordinated Actions are substantially identical;

WHEREAS, the Coordinated Actions have been ordered by this Court to continue to be marked as related, and to be closely coordinated;

WHEREAS in order to promote judicial economy and avoid duplication, the Court finds that it would be appropriate to provide for an organizational structure to coordinate the efforts in the Coordinated Actions; accordingly,

IT IS HEREBY ORDERED as follows:

## I.    LEAD PLAINTIFFS AND LEAD COUNSEL OF THE VARIOUS ISSUER CASES

1.    Having considered the Motion of the Plaintiffs Group for the appointment of lead plaintiffs and lead counsels of the above-referenced Coordinated Actions, and for appointment of an Executive Committee with Co-Chairs of that Committee (the "Motion") and good cause appearing therefore, the Court orders the following appointments pursuant to the Private Securities Litigation Reform Act ("PSLRA"):

| Docket Number | Lead Plaintiff(s) | Lead Counsel(s) |
| --- | --- | --- |
| 21-cv-08413 (Vipshop) | Alexander Shapovalov | Johnson Fistel LLP |
| 21-cv-08613 (Gaotu) | Syed Zaheer | Berger Montague and Rosca & Scarlato LLC |
| 21-cv-08752 (Tencent) | Zhang Zhenming | Pomerantz LLP |
| 21-cv-08897 (ViacomCBS) | The Kellner Newcomer Family Partnership & Felix Urman | Pomerantz LLP |
| 21-cv-10999 (iQIYI) | Yan Cai Jiang | Scott+Scott Attorneys at Law LLP |
| 21-cv-10791 (Baidu) | Dr. Jeffrey Wachtel | Hedin Hall LLP |

| 22-cv-00169 (Discovery) | Oklahoma Firefighters Pension and Retirement System, Oklahoma Law Enforcement Retirement System & Jamal Pesaran | Grant & Eisenhofer P.A. and Scott+Scott Attorneys at Law LLP |
|---|---|---|

## II.    PLAINTIFFS' EXECUTIVE COMMITTEE

2.    The Plaintiffs Group's designation of a Plaintiffs' Executive Committee comprised of Scott+Scott Attorneys at Law LLP, Hedin Hall LLP, Pomerantz LLP, Johnson Fistel LLP, Berger Montague PC, Grant Eisenhofer P.A., and The Schall Law Firm is approved;

3.    The Plaintiffs Group's designation of Thomas L. Laughlin, IV of Scott+Scott Attorneys at Law LLP and David W. Hall of Hedin Hall LLP as Co-Chairs of the Executive Committee and "Coordinating Counsel" is approved;

4.    The Plaintiffs Group's proposed structure and organization for prosecuting these cases, which was submitted as Exhibit 1 to the Declaration of Thomas L. Laughlin, IV in support of the Motion, is approved.

## III.    FURTHER PROCEEDINGS

5.    The Plaintiffs Group shall file an omnibus amended complaint sixty (60) days from the date of this Order.

6.    Coordinating Counsel and counsel for Defendants will submit a proposed schedule for omnibus motion to dismiss briefing within seven (7) days of this Order.

Dated: _____, 2022

SO ORDERED.

_____
HONORABLE PAUL A. CROTTY
United States District Judge

2